NUMBER 13-05-191-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG 

___________________________________________________________________

 

      IN RE: JOHN BROOKS AND
SMITH INTERNATIONAL, INC.

___________________________________________________________________

 

                      On Petition for Writ of
Mandamus

___________________________________________________________________

 

                     MEMORANDUM OPINION

 

                 Before Justices
Hinojosa, Yañez, and Garza

Memorandum
Opinion Per Curiam

 

Relators, JOHN
BROOKS AND SMITH INTERNATIONAL, INC., filed a petition for writ of mandamus
in this Court on March 22, 2005.  
Relators have now filed a motion to dismiss the mandamus proceeding.  In the motion, relators state that the
parties have compromised and settled all matters in dispute between them in
connection with this proceeding and the underlying district court proceedings. Relators request that this Court dismiss the proceeding in its
entirety.








The Court, having
considered the documents on file and relators= motion to dismiss the mandamus proceeding, is of
the opinion that the motion should be granted. 
Relators= motion to dismiss is
granted, and the petition for writ of mandamus is hereby DISMISSED.

PER CURIAM

Memorandum Opinion delivered and filed this

the 6th day of October, 2005.